FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

08 DEC 29 PM 1:17

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

vs.                                                            Case No. 8:06-CR-73-T-27MAP

AMY HUDD a/k/a AMY PAUKNER
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that the (Dkt. 376) Petition for Modification of Conditions or Terms of Supervised Release be DENIED without prejudice (Dkt. 384).[1]

Upon consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

1.  The Report and Recommendation (Dkt. 384) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.  The Petition for Modification of Conditions or Terms of Supervised Release (Dkt. 376) is DENIED without prejudice.

**DONE AND ORDERED** in chambers this 29th day of December, 2008.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
U.S. Probation Office

---

[1] It appears that the R&R was inadvertently filed twice. (See Dkts. 382, 384). The clerk is directed to terminate Dkt. 382.